# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK
## (100 State Street, Rochester, NY 14614)

|  |  |
|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America<br>    Plaintiffs (Pro Se)<br><br>v.<br><br>Maria Cherniavska of Warsaw, Poland (Future First Lady of United States by 2028 in a Parallel Universe), Volodymyr Zelenskyy (President of Ukraine), Estate of Alexei Navalny, Darya Ignateva of Kyiv, Ukraine, Kateryna Olokoba of Kherson, Ukraine, Erin Burnett Outfront of Cable News Network (CNN), International Court of Justice of Hague, Netherlands, United Nations (UN), World Bank, International Monetary Fund (IMF), Council on Foreign Relations<br>    Defendants, | C. A. No.: 26-cv-9 JLV |

**************************************************************

## **COMPLAINT**

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint for 0 dollars (because Maria Cherniavska deactivated her Whatsapp account while the plaintiff was litigating for a fiance visa against International Court of Justice of Hague, Netherlands) and only looking for the equitable remedy of an injunction and/or declaratory judgment pursuant to **Rules 65 and 57 of Federal Rules of Civil Procedure (FRCP)** regarding the commission of certain dignitary torts of defamation and false light of President Donald John Trump and William Jefferson Clinton for publishing false, libelous, and slanderous material about both William JeffersonClinton and Donald John trump as being friends and perhaps business partners or clients of Jeffrey Epstein and Ghislain Maxwell.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

### I.) NATURE OF THE CASE

1.) Judge Susan Paradise-Baxter (SPB) of Erie, Pennsylvania (EP) has the same initials as **Saint Peter's Basilica (PB) of Vatican City in Rome, Italy** and the **sports attorney Eric Purnell (EP)** with whom the plaintiff had a meeting in 2005 about his music career scheduled by the plaintiff's former's publicist Tamille Hawkins whom the plaintiff met at **Grammys on the Hill 2005 at Willard Intercontinental Hotel off of Pennsylvania in Washington, DC** at an event honoring **Gloria Estefan, Congressman Steny Hoyer of Maryland, and Senator Lamar Alexander of Tennessee** as Saint Peter's Basilica is connected to Creation of Adam painted by Michaelangelo and The Mona Lisa and Last Supper painted Leonardo Da Vinci.  Nevertheless, every time a smartphone (Android or Apple iphone) is looking for directions through a Google search engine, Google maps, and/or directions, the smartphone is communicating with **three or four GPS satellites** (Global Positioning Systems) in what is referred to as **trilateration.**

2.) The GPS satellites have what is referred to as atomic clocks composed of the element **Cesium which on the Periodic Table has atomic number of 55** indicating that it has 55 protons, 55 electrons, and 55 neutrons unless it is an isotope of Cesium.

3.) Cesium also has one valence electron in the **6s orbital** which apparently is connected to the accuracy of atomic clocks.

4.) However, the atomic clocks of Cesium in both GPS satellites and **International Space Station (ISS)** are affected by the counteracting effects of both special relativity and general relativity which have an additive effect as in constructive or destructive interference in wave optics involving crests and troughs with transverse electromagnetic waves.

5.) According to general relativity, <u>**clocks tick slower in higher gravity closer to earth**</u> which would indicate that clocks tick faster in less gravity farther away from Earth past the **Karman line** in outer space at International Space Station (ISS) or GPS satellites in **geostationary or geosynchronous orbit** at the equator indicating that the GPS satellites rotate as the earth rotates in a **sidereal or synodic period**.

6.) According to special relativity, time slows down for objects which are traveling at high speed, and because <u>**the effects of special relativity are greater than the effects of general relativity**</u> in the GPS satellites, the atomic clocks of Cesium with atomic number of 55 and one valence electron in outer shell (6s) actually tick slower than clocks on Earth and therefore there must be **error correction in trilateration** where smartphone communicates with 3 or 4 satellites.

7.) With regards to the paranormal ideas applied to physics, the plaintiff believes that GPS satellites are connected to the word GYPSY referring to the **Romani People (RP) from India** who are known for being nomadic, homeless people that are fortune tellers and psychics now in Eastern

European countries (Bohemian) like Romania known for Transylvania and Vlad The Impaler (**Prince of Wallachia**) at Bran Castle.

8.) Accordingly, the two occurrences of the letter "y" in GYPSY refers to the **Y-configuration of the Very Large Array of Socorro, New Mexico** (on train tracks in which the radio satellites can be extended or condensed) and the Yagi Antenna or **Yagi-Uda Antenna** which was on display at NASA Goddard Space Flight Center (GSFC) in Greenbelt, Maryland in 2006 where the plaintiff would go to the Visitor Center off of **ICESat Road and Greenbelt Road (193)** with his forest green Nissan Altima (1996) from Memphis, Tennessee.

9.) As such, the plaintiff believes that his former fiance from Kharkiv, Ukraine is the GYPSY in which Romani People (RP) has same acronym o initials as Rodney Parks (RP), Rosslyn Pugh (former administrator of Upper Marlboro CIrcuit Court of Prince George's County), Rockvlle Pike (NRC/NIH) in Maryland, Reese's Pieces, and Royal Palace off of Connecticut Avenue in Washington, DC which is connected to Chicas Bonitas (CB) club next to Palomino in NOrth Las Vegas, Nevada

https://www.youtube.com/watch?v=mwgg1Pu6cNg

https://www.youtube.com/watch?v=cjn0i_D5lWE

## II.) PARTIES TO THIS LITIGATION

10.)   The plaintiff is an indigent, disabled, and unemployed resident of the state of Nevada and Maryland.  His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720.  His cell phone number

is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

11.) The first defendant is Maria Cherniavska of Warsaw, Poland (Future First Lady of United States by 2028 in a Parallel Universe)

12.) The second defendant is Volodymyr Zelenskyy (President of Ukraine),

13.) The third defendant is Estate of Alexei Navalny,

14.) The fourth defendant is Darya Ignateva of Kyiv, Ukraine,

15.) The fifth defendant is Kateryna Olokoba of Kherson, Ukraine,

16.) The sixth defendant is Erin Burnett Outfront of Cable           ) News Network (CNN).

17.) The seventh defendant is International Court of Justice of Hague, Netherlands,

18.) The eighth defendant is United Nations (UN),

19.) The ninth defendant is World Bank,

20.) The tenth defendant is International

21.) Monetary Fund (IMF),

22.) The eleventh defendant is Council on Foreign Relations

## III.) JURISDICTION AND VENUE

23.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

24.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

25.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the District of New Jersey (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

26.) As an **Article III court**, the U.S. District Court for the District of New

Jersey also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

27.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

28.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

29.) Because the amount in controversy does not exceeds $75,000 (i.e. $0 is less than $75,000), this court does not have jurisdiction based on the amount in controversy.

## IV.) STATEMENT OF FACTS

30.) The plaintiff met the defendant Maria Chernisvska on a website licensed according to **International Marriage Broker Regulation Act (IMBRA)** drafted by either the Washington Senator Maria Cantwell or Oregon Senator Patty Murray.

31.) This website was either Ukraine Date or Russian Cupid with its principal place of business (ppb) and/or nerve center in England and part of the Cupid Media Network including Dominican Cupid, Colombian Cupid, etc..

32.) Since the year 2019, the plaintiff would communicate with Maria Cherniavska on Whatsapp which is a subsidiary of Meta in addition to Facebook and Instagram as Silicon Valley companies under the jurisdiction of former CEO Mark Zuckerberg and former Chief Operating Officer (COO) Sheryl Sandberg.

33.) The plaintiff also communicated with the defendant Kateryna Olokoba in 2019 and 2020 from one of these networks (Russian Cupid or Ukraine Date) amd also communicated with Darya Ignateva of Kyiv, Ukraine from a different website d/b/a Amour Feel

https://amourfeel.com/user/02965037736

https://amourfeel.com/user/02965037736/video/136871

https://www.ukrainedate.com/en/lp/paid-search/?ovchn=GGL&ovcpn=adw_ukd_srch_world_new_gen_allg_en&ovcrn=genuine%20ukrainian%20dating%20sites&ovag=Legacy+Keywords&ovmtc=b&ovraw=g&ovtac=control&ovcrt=664371809233&ovdec=&ovloc=9007722&ovtype=Search&ovext=&afid=1000006129&subafid=adid_664371809233|kwd_genuine%20ukrainian%20dating%20sites|dev_c|pos_|geo_9007722|type_b&gad_source=1&gad_campaignid=51993213&gbraid=0AAAAADxxdl4fpPB28sVQB6iZRHA_yME-U&gclid=Cj0KCQiA9t3KBhCQARIsAJOcR7yoiWYOYNDlESG-A15bObfXuVs_XlK_tVqI-hmgTrMyRXosfoQR6yEaAi2hEALw_wcB#referrer=https%3A%2F%2Fwww.google.com%2F

34.) Back in the year 2022, the plaintiff wired 300 Euros to the defendant Maria Cherniavska to her **International Banking Account Number (IBAN) in a SWIFT transaction**.

35.) Accordingly, the plaintiff sent this 300 Euros through a company d/b/a **WISE** in addition to **Western Union**.

https://wise.com/us/send-money/?utm_source=google&matchtype=e&device=c&userlocation=9007722&keyword=wise%20send%20money&campaignid=20934525298&adgroupid=161278434207&utm_campaign=20934525298__161278434207&gad_source=1&gad_campaignid=20934525298&gbraid=0AAAAADqE2bAodFIRTBigFpYGtn-iqr-fB&gclid=Cj0KCQiAsNPKBhCqARIsACm01fQFLzW3IF2jJAdKTdeLxHnAohxD8yVJ32qhzMQGEMjXHuqvYIqxrcsaAvD2EALw_wcB

https://www.westernunion.com/us/en/web/send-money/start

7

https://enroll.zellepay.com/

36.) Before these transactions, the plaintiff sent money to Maria Cherniavska through a company d/b/a Paypal Xoom which is different from World Remit and Money Gram

https://www.xoom.com/?utm_medium=google&utm_source=sem&utm_campaign=B0005RL5&gclsrc=aw.ds&gad_source=1&gad_campaignid=23370619826&gbraid=0AAAAADrRDYggnVbsZZfeDp92N9M3bJgPG&gclid=Cj0KCQiA9t3KBhCQARIsAJOcR7wugJ_EWBHpgnx7fxkkzTFTG079uRK3TbvimvDIoohKN51jmmNxweEaAmf6EALw_wcB

https://www.paypal.com/us/cshelp/article/what-is-xoom-and-how-does-it-work-help228

https://www.worldremit.com/en?gad_source=1&gad_campaignid=23320243160&gbraid=0AAAAADw7d-fVxMEBAXp8XCTq57qvao4JF&gclid=Cj0KCQiA9t3KBhCQARIsAJOcR7wjsnTNeexITPD7B12R7gi-TtFrJtLseEcbVSFw8rLRV8nG-m5RMCgaAjDMEALw_wcB

https://www.moneygram.com/us/en?utm_source=google_paid_search&utm_medium=paid_search&utm_campaign=22826715257&utm_term=worldremit%20send%20money&adgroupid=185627657249&ad_id={adid}&adgroupname=NE_US_PPC_GOO_WEB_BAU_Evergreen_EN&gclsrc=aw.ds&gad_source=1&gad_campaignid=22826715257&gbraid=0AAAAoZAu5p1KxW4gujiIhLjAiWXwdxyP&gclid=Cj0KCQiA9t3KBhCQARIsAJOcR7zpRJ5cGaibhpiRyYAMX7-f2BS1eiNgbjd2AzrzsRbH8FQcXL43mp4aAiyIEALw_wcB

### V.) COUNT ONE: DEFAMATION (LIBEL AND SLANDER)

37.) The defendants Erin Burnett has defamed both Presidents William Jefferson Clinton and Donald J. Trump by insinuating that the both of them are on a client list provided by either Jeffrey Epstein or his accomplice Ghislain Maxwell.

38.) Defamation can be committed both in the form of spoken word (slander) or written word (libel).

39.) The standard has traditionally been a "knowing falsity and reckless disregard for the truth" from the stare decisis and/or common law holdings of *New York Times v. Sullivan* and *Hustler v. Falwell*.

40.) As such, the standard to prove a case for defamation involves the standard of actual malice for public figures whereby politicians and journalists are both public figures in the 24-hour news cycle and not merely limited public figures which has a lower standard or burden of proof and/or persuasion from the plaintiff's side.

41.) The landmark case known as the "Pentagon Papers Case", i.e. *New York Times v. United States* involved the concept of prior restraint as an injunction precluding and/or enjoying the publications from exercising their freedom of the press of freedom of speech in terms of stories about the Vietnam War.

42.) This involved the concept of an equitable remedy as opposed to punitive, compensatory, and/or treble damages.

## VI.) COUNT TWO: INVASION OF PRIVACY THROUGH FALSE LIGHT

43.) The defendant Erin Burnett of CNN has committed the tort of the invasion of privacy through false light by insinuating that both Presidents William Jefferson Clinton and Donald J. Trump are on the client list provided by either Jeffrey Epstein or Ghislain Maxwell.

44.) The tort of the invasion of privacy through false light is substantially similar to that of the dignitary tort of defamation which could be slander per se, slander per quod, libel per se, or libel per quod.

45.) The freedom of speech regarding some of these ideas was involved in cases in the early 1900s such as *Abrams v. United States, Dennis v. United States, Gitlow v. New York, Chaplinsky v. New Hampshire* in which many of these cases involved the Alien and Sedition Acts, Espionage Act of 1917, and/or The Smith Act especially involving the presidency of Woodrow Wilson during World War I who was awarded the Nobel Peace Prize and known for his Fourteen Points.

## VII.) COUNT THREE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

46.) The defendant Erin Burnett of CNN has committed extreme and outrageous conduct by insinuating that both Presidents William Jefferson Clinton and Donald J. Trump are on this client list provided by either Jeffrey Epstein o Ghislain Maxwell.

47.) The plaintiff argues that all supporters of Donald J. Trump are negatively affected in terms of the media's relentless and nonstop coverage of this defamatory publications about both Jeffrey Epstein and Ghislain Maxwell.

48.) As such, perhaps the doctrine of transferred intent would be an appropriate argument to establish that supporters of Donald J.Ttrump and William Jefferson Clinton would have standing, causation, and redressability to bring a case that they have also been negatively affected by the media's relentless defamation of their hero President Donald. J. Trump.

49.) The defendant Maria Cherniavska of Warsaw, Poland has committed the intentional infliction of emotional distress IIED by deactivating her Whatsapp account without informing the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is not any seeking punitive, compensatory, and treble damages through joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. The plaintiff is also seeking the equitable remedy of an injunction and/or declaratory judgment. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) Pursuant to **Rule 57 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a declaratory judgment declaring that the comments by Erin

Burnett and CNN through vicarious liability and/or doctrine of respondeat superior are defamatory, libelous, and slanderous towards President Donald J. trump as the plaintiff is a supporter of President Donald J Trump.

B.) Pursuant to **Rule 65 of Federal Rules of Civil Procedure (FRCP)**, the plaintiff is seeking a preliminary injunction precluding and/or enjoining CNN or any of its employees from defaming President Donald J. Trump with false, libelous, or slanderous material.

C.) Since the plaintiff is not seeking punitive, compensatory, or treble damages for the commission of the dignitary tory of defamation (libel and/or slander), the plaintiff is also seeking an injunction requiring that CNN apologize for the racist and condescending comments towards Riley Curry as the daughter of Steph and Ayeshia Curry.

D.) If the issue of venue and/or forum non conveniens is relevant, the plaintiff respectfully requests that this case not be transferred to USA District Court of Maryland pursuant to **28 U.S.C. Section 1406** to have this case presided over by the "Abrego Garcia judges" who have been on the wrong side of due process and habeas corpus rights in which USA Supreme Court at One First Street, NE Washington, DC 20543 said that the return of Abrego Garcia must eb facilitated by the current administration.

Respectfully submitted,

*[signature]*

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Presidential Candidate P60005535

**DEFENDANTS**
Maria Cherniavska of Warsaw Poland

**(b)** County of Residence of First Listed Plaintiff: Prince George's
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Warsaw
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Donald Satish Emit
108 Cornelias Prospect Drive
Bowie MD 20720
(203) 936-3043

Attorneys *(If Known)*: perhaps Volodymyr Zelenskyy's Ambassador

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

[X] 360 Other Personal Injury

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Federal Tort Claims Act, France deactivated WhatsApp
Brief description of cause:
Intentional Infliction of Emotional Distress (Deactivated Whatsapp)

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 45,000,000
- JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
JUDGE: Susan Paradise-Baxter
DOCKET NUMBER: Erie

DATE: January 2, 2026
SIGNATURE OF ATTORNEY OF RECORD: Donald Satish Emit (pro se)

Satish Bmn T
5108 Cornelias Prospect Drive
Bowie, Maryland 20720



Attn: Clerk of the Court
U.S. District Court of
 Western New York
100 State Street
Rochester, New York 14614